# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PAUL TORGERSEN,         ) | |
|                       ) | |
|          Plaintiff,    ) | |
|       v.               ) | NO: 1:19-cv-04975 |
|                       ) | |
| SIEMENS BUILDING TECHNOLOGY,  ) | Honorable Susan E. Cox |
| INC., SIEMENS INDUSTRY, INC.;    ) | |
| SIEMENS CORPORATION, and SIEMENS ) | |
| ENERGY & AUTOMATION, INC., et al,   ) | |
|                       ) | |
|        Defendants. ) | |

## JOINT AGREED MOTION TO DISMISS WITH PREJUDICE

NOW COMES the Plaintiff PAUL TORGERSEN, the Defendant, SIEMENS INDUSTRY, INC., successor by merger to Siemens Building Technology, Inc., and successor by merger to Siemens Energy & Automation, Inc., and Siemens Corporation, by and through its attorneys, CAMELI & HOAG, P.C., and the Third-Party Defendant LLD ELECTRIC CO., by and through its attorneys, SMITHAMUNDSEN, LLC, and seek a dismissal with prejudice. In support, the joint movants are agreed and state:

1. The case is resolved pursuant to settlement.

2. The parties have exchanged finalized settlement documents.

3. All parties seek dismissal with prejudice.

WHEREFORE the parties jointly seek dismissal with prejudice.

Respectfully submitted,

/s/ *Daniel H. Streckert*

Daniel H. Streckert
GWC Injury Lawyer, LLC
1 East Wacker Drive, Suite 3800
Chicago, IL 60601
dstreckert@gwclaw.com
Attorney for Plaintiff

/s/ *Alan J. Brinkmeier*

Thomas F. Cameli (#6190288)
Alan J. Brinkmeier (#6187198)
Cameli & Hoag, P. C.
105 W. Adams Street, Suite 1430
Chicago, IL 60603
tcameli@gamelihoaglaw.com
abrinkmeier@camelihoaglaw.com
Attorneys for Siemens Industry, Inc.,
successor by merger to Siemens Building
Technology, Inc., and successor by merger to
Siemens Energy & Automation, Inc.; and
Siemens Corporation

/s/ *Michael A. Schlechtweg*

Michael A. Schlechtweg
Joseph J. Klocke
SmithAmundsen, LLC
150 N. Michigan, Suite 3300
Chicago, IL 60607
mschlechtweg@salawus.com
jklocke@salawus.com
Attorneys for LLD Electric Co., Inc.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on October 15, 2021, he filed the foregoing document via this Court's CM/ECF system, which will provide service on all parties of record.

_/s/ Alan J. Brinkmeier_